ments. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Application of THE CITY OF NEW YORK (Sixth Avenue, from Carmine Street to Laight Street, and for Widening of Watts Street, etc.).— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

In the Matter of the Application of THE CITY OF NEW YORK (Havemeyer Avenue, between Lacombe Avenue and Westchester Avenue, etc.).— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HYMAN BERKOWITZ, as Administrator, etc., of SOLOMON BERKOWITZ, Deceased, v. GUS SCHROEDER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. R. HOLDING CO., INC., Impleaded, etc. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. R. HOLDING CO., INC., and Others. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. R. HOLDING CO., INC., and Others. (Action No. 3.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. R. HOLDING CO., INC., Impleaded, etc. (Action No. 4.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. SARCO REALTY AND HOLDING COMPANY, INC., Impleaded, etc. (Action No. 1.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. SARCO REALTY AND HOLDING COMPANY, INC., and Others. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

KLASKO FINANCE CORPORATION v. SARCO REALTY AND HOLDING COMPANY, INC., and Others. (Action No. 3.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

SAMUEL WALD v. JACOB KRAUS and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HELEN WALD v. JACOB KRAUS and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

WILLIAM JORING and Another v. PIERCE F. GROOME.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points so appeal can be argued on or before October 5, 1926. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.